UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 08 B 17052
   JANE A MOHME
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-7563
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/01/08 .

2. The case was converted to Chapter 7 without confirmation, 10/24/2008.

3. The Debtor paid a total of $ 1500.00 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| STATE FARM FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DESIGNED STAIRS | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| F E WHEATON LUMBER | UNSECURED | NOT FILED | .00 | .00 |
| FERGUSON ENTERPRISES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| J&D DOOR SALES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JERRYS CONSTRUCTION | UNSECURED | NOT FILED | .00 | .00 |
| JULIE K CORP | UNSECURED | NOT FILED | .00 | .00 |
| LIBERTY WASTE & RECYCLIN | UNSECURED | NOT FILED | .00 | .00 |
| M&J CARPENTRY | UNSECURED | NOT FILED | .00 | .00 |
| MCCURDY DRYWALL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST ELECTRICAL SUP | UNSECURED | NOT FILED | .00 | .00 |
| ROB ZMUDA | UNSECURED | NOT FILED | .00 | .00 |

```
SEARS BKRUPTCY RCVRY MGM  UNSECURED         NOT FILED              .00           .00
SVARAS ROOFING            UNSECURED         NOT FILED              .00           .00
CITIBANK                  UNSECURED         NOT FILED              .00           .00
THE LIGHT BROTHERS        UNSECURED         NOT FILED              .00           .00
THERMASEAL/LAKESIDE       UNSECURED         NOT FILED              .00           .00
TYNIS CONCRETE            UNSECURED         NOT FILED              .00           .00
**JOHN J LYNCH            ORIGINAL ATTO     NOT FILED              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00          .00          .00         .00           .00
PRINCIPAL PAID              .00          .00          .00         .00           .00
INTEREST PAID               .00          .00          .00         .00           .00
TOTAL PAID                  .00          .00          .00         .00           .00
The Debtor's attorney, PAUL M BACH                  , was allowed $          .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   1500.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 08 B 17052 JANE A MOHME